FILED: February 27, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1185
(1:21-cv-00383-CCE-JEP)

_____

TIFFANY ADELE KING, as Administratrix of the Estate of Maurice Antoine King

          Plaintiff - Appellee

v.

CHARLES S. BLACKWOOD, in his official capacity as Sheriff of Orange County; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, official bond for Defendant Sheriff Blackwood; WILLIAM D. BERRY, JR., in his individual capacity; THOMAS E. LINSTER, III

          Defendants - Appellants

 and

ORANGE COUNTY; WILMER A. GOMEZ, in his individual capacity; STEFAN H. HOOKER, in his individual capacity; KENDRICK R. MOORE, in his individual capacity; ANTONIO R. CARTNAIL, in his individual capacity; ANGELA K. SPEAR, in her individual capacity; JERRY R. HAWKINS, in his individual capacity; JAMISON R. SYKES, in his individual capacity

          Defendants

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
|---|---|

| | |
|---|---|
| Originating Case Number | 1:21-cv-00383-CCE-JEP |
| Date notice of appeal filed in originating court: | 02/14/2025 |
| Appellant(s) | CHARLES S. BLACKWOOD; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; WILLIAM D. BERRY, JR.; THOMAS E. LINSTER, III |
| Appellate Case Number | 25-1185 |
| Case Manager | Kirsten Hancock 804-916-2704 |