FILED: July 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1185
(1:21-cv-00383-CCE-JEP)

_____

TIFFANY ADELE KING, as Administratrix of the Estate of Maurice Antoine
King

      Plaintiff - Appellee

v.

CHARLES S. BLACKWOOD, in his official capacity as Sheriff of Orange
County; TRAVELERS CASUALTY AND SURETY COMPANY OF
AMERICA, official bond for Defendant Sheriff Blackwood; WILLIAM D.
BERRY, JR., in his individual capacity; THOMAS E. LINSTER, III

      Defendants - Appellants

 and

ORANGE COUNTY; WILMER A. GOMEZ, in his individual capacity; STEFAN
H. HOOKER, in his individual capacity; KENDRICK R. MOORE, in his
individual capacity; ANTONIO R. CARTNAIL, in his individual capacity;
ANGELA K. SPEAR, in her individual capacity; JERRY R. HAWKINS, in his
individual capacity; JAMISON R. SYKES, in his individual capacity

      Defendants

_____

## J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed in part. The appeal is dismissed in part.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK